FILED

2019 MAY 13  AM 11: 36

CLERK U.S. DIST...
CENTRAL DIST OF...
LOS ANGELES
BY: _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 19-MJ00829 |
| v. Juan GUDINO | |
| DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT     LA19CR00212-SVW-1

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 5/13/19  10:45  ☒AM  ☐PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐Yes  ☒No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒Yes  ☐No

4. Charges under which defendant has been booked:
   18 USC 922 (g)(1)

5. Offense charged is a: ☒Felony  ☐Minor Offense  ☐Petty Offense  ☐Other Misdemeanor

6. Interpreter Required: ☒No  ☐Yes  Language: _____

7. Year of Birth: 1986

8. Defendant has retained counsel: ☒No
   ☐Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Thompkins

10. Remarks (if any): _____

11. Name: Stephanie Crebbs (please print)

12. Office Phone Number: 562 208 6611     13. Agency: ATF

14. Signature: [signature]     15. Date: 5/13/19

CR-64 (2/14)     REPORT COMMENCING CRIMINAL ACTION